DEVIN A. DONOHUE (SBN 190030)
ddonohue@pldlawyers.com
JOHN C. STEELE (SBN 179875)
jsteele@pldlawyers.com
GRANT H. DOWD (SBN 238174)
gdowd@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 S. Flower St., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Petitioner
UBS FINANCIAL SERVICES INC.

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC.; <br><br> Petitioner, <br><br> vs. <br><br> TONY MINGO, an individual, <br><br> Respondent. | Case No. SACV 12-01513 JVS(RNBx) <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED and DECREED that judgment is entered in conformity with the arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Petitioner UBS Financial Services Inc. ("UBS") and Respondent Tony Mingo ("Mingo"), entitled *UBS Financial Services Inc. v. Tony Mingo*, FINRA Case No. 11-00092, as follows:

1. Judgment is awarded in favor of UBS and against Mingo in the amount of the Award in the sum of $288,100.37;

2. Mingo shall pay UBS post-award, pre-judgment interest on the above sum at the legal rate of 9% per annum pursuant to New York Civil Practice Law and Rules Section 5004 from the date of the Award until the date of the Judgment in the amount of $19,606.61;

3. Mingo shall pay UBS post-judgment interest at the legal rate of 0.15% pursuant to 28 U.S.C. § 1961 from the date the Judgment is entered until the date that it is paid in full.

4. Mingo shall pay UBS the reasonable attorneys' fees and costs incurred by UBS from the date of the Award until the date the total Judgment is paid in full. For the period May 11, 2012, through February 11, 2013, UBS has incurred reasonable attorneys' fees and costs in the amount of $15,060.72.

IT IS SO ADJUDGED and DECREED.

Dated: March 29, 2013

_____
The Honorable James V. Selna
United States District Court for the
Central District of California

[PROPOSED] JUDGMENT